FERNÁNDEZ, RECURRENTE, *v.* EL REGISTRADOR DE SAN JUAN,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección Primera, denegatoria de inscripción de una escritura de hipoteca.

No. 517.—Resuelto en marzo 20, 1922.

RECURSO GUBERNATIVO—INTERÉS DEL RECURRENTE—DESESTIMACIÓN DEL RECURSO GUBERNATIVO.—Procede la desestimación de un recurso gubernativo cuando la nota del registrador no perjudica al recurrente.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. G. Ardín.*

El registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

En el registro de la propiedad se presentó una escritura pública en la cual Elvira Matos manifestó ser dueña de un solar y de una casa en él edificada y que por no estar inscrita la casa hipotecaba el solar únicamente a favor de Manuel Fernández para garantirle una deuda. El registrador inscribió ese documento y negó la inscripción de la hipoteca en cuanto a la casa por no aparecer inscrita a favor de la deudora. Por haber consignado la negativa de inscripción en cuanto a la casa, el hipotecario Fernández interpuso este recurso gubernativo en el que exponiendo que la casa no le fué hipotecada solicita que revoquemos "la calificación expresada en la parte que ha sido negada."

Puesto que la casa no ha sido hipotecada a favor del recurrente no vemos qué perjuicios puede sufrir por no haber inscrito el registrador la hipoteca en cuanto a ella, y por tanto carece de interés para tramitar este recurso y debe ser desestimado.

*Desestimado.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf y Hutchison.